Silverius Koellhoffer, Respondent, v. Henry Hillebrand and Others, Appellants, and Others, Defendants.— Motion granted upon payment of ten dollars costs of motion, and upon condition that plaintiff be permitted

to withdraw his appeal to the Court of Appeals if he be so advised. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.